**Electronically Filed
Supreme Court
SCWC-17-0000664
19-NOV-2018
09:46 AM**

SCWC-17-0000664

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellee,

vs.

THADDEUS M. LUSTER,
Petitioner/Defendant-Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-17-0000664; CASE NO. 1DTA-15-05236)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant Thaddeus M. Luster's

application for writ of certiorari filed on October 10, 2018, is

hereby rejected.

DATED: Honolulu, Hawai'i, November 19, 2018.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

